UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-04928 |
| Mary Dorsey & Larry M. Dorsey, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date:  July 24, 2014 |
| Debtors. | ) | Time:  10:00 a.m. |

### Certificate of Service

To:     *See Attached Service List*

    I, Joseph A. Baldi, hereby certify that I caused a true and correct copy of the **Trustee's Notice of Motion to Approve Compromise and Settlement with Quirk, Inc. Pursuant to Rule 9019 and Authorize Payment of Final Compensation and Expense Reimbursement to Special Counsel,** a copy of which is attached, to be served upon the persons identified on the attached service list either electronically or by first class mail, as indicated on the service list, on July 2, 2014.


By:_____/s/_____
                Joseph A. Baldi


Joseph A. Baldi
Julia D. Loper
Baldi Berg, Ltd.
Suite 200
20 N. Clark Street
Chicago, Illinois   60602
312-726-8150

ACL Laboratories
901 W. Lincoln Ave.
Milwaukee, WI 53227-2409

AT&T Universalo Card
Processing Center
Des Moines, IA 50363-0001

American Express
PO Box 0001
Dodgertown, CA 90090-0001

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Carson Pirie Scott & Co.
PO Box 17264
Baltimore, MD 21297-1264

Christ Medical Center
%Medical Recovery Specialists, Inc.
2250 E. DevonAve. Ste.352
Des Plaines, IL 60018-4519

Direct Merchant Bank
PO Box 17313
Baltimore, MD 21297-1313

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

JC Pennys
PO Box 960090
Orlando, FL 32896-0090

Kohls
PO Box 17264
Baltimore, MD 21297-1264

Midwest Orthopaedic Consultants
75 Remittance Dr., Dept 6581
Chicago, IL 60675-6581

Palos Anesthesia Assoc.
Dept 4622
Carol Stream, IL 60122-0001

Palos Community Hospital
12251 S. 80th Ave
Palos Heights, IL 60463-0930

SCR Laboratory Physicians
PO Box 5959
Carol Stream, IL 60197-5959

Wells Fargo
po bOX 14411
Des Moines, IA 50306-3411

Chase
P.O. Box 15153
Wilmington DE  19986-5153

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-04928 |
| Mary Dorsey & Larry M. Dorsey, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: July 24, 2014 |
| Debtors. | ) | Time:  10:00 a.m. |

**Notice of Trustee's Motion to Approve Settlement with Quirk, Inc. and Authorize Payment of Final Compensation and Expense Reimbursement to Trustee's Special Counsel**

To:     Debtors, All Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that on **July 2, 2014**, Gregg Szilagyi, as trustee, ("Trustee") of the estate of Mary Dorsey and Larry M. Dorsey, debtors ("Debtors"), filed his **Trustee's Motion to Approve Compromise and Settlement with Quirk, Inc. ("Quirk") Pursuant to Rule 9019 and Authorize Payment of Final Compensation and Expense Reimbursement to Trustee's Special Counsel** ("Motion").  A copy of the Motion will be on file and available for inspection and copying at the office of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois  60604.  A copy of the Motion may also be obtained from the Trustee's attorneys at the address set forth below and on the internet at the Court's web site at www.ilnb.uscourts.gov/.

As set forth in the Motion, Trustee seeks authority to settle all of the claims between the Estate and Quirk, Inc. ("Quirk"), Dahleen, Inc. ("Dahleen"), Mike Quirk, individually, in connection the sexual harassment and sex based discrimination claims asserted by Mary Dorsey against Mike Quirk which occurred prior to September 29, 2012 ("Sexual Harassment Claim") that are the subject of a case pending in the United States District Court of the Northern District of Illinois, captioned *Dana Bruckner and Mary Dorsey v. Home Instead, Inc. and Quirk, Inc.,* case no. 13-cv-05943 ("District Court Case).  The proposed settlement provides, among other things, that Quirk shall pay the Estate $40,000.00 ("Settlement Proceeds") and, in exchange, the Trustee shall stipulate to the dismissal of the District Court Case, in its entirety, with prejudice and without the assessment of attorneys' fees and costs against any party ("Proposed Settlement").  Further, the Bankruptcy Estate shall release Quirk from any and all claims and damages which Debtor has or may have had against Quirk prior to Ms. Dorsey's filing of her Bankruptcy Petition.  Ms. Dorsey shall be paid $100.00 from Quirk for her agreement to comply with the terms of the Proposed Settlement.   The terms of the Proposed Settlement are more fully set forth in the Motion and the Settlement Agreement is attached to the Motion.  As part of the Proposed Settlement, and pursuant to the terms of retention of Jonathan R. Ksiazek and the law firm of Ed Fox & Associates ("Special Counsel") which provided for 40% contingency fee from any recovery, plus expenses, Trustee seeks an award of final compensation in the amount of $16,000.00 for services rendered to the Estate and expense reimbursement totaling $230.13 to Trustee's Special Counsel.  Trustee requests that the Court authorize Quirk to pay directly the amounts allowed and awarded to Special Counsel and to pay the balance of the Settlement Proceeds ($23,769.87) to the Trustee on behalf of the Estate.

Trustee believes the terms of the Proposed Settlement are in the best interests of the estate. The Proposed Settlement will allow the Estate to recover property of a substantial value without incurring the expense and uncertainty of litigation.  In addition, the Proposed Settlement will also allow the Trustee to promptly conclude the case and make his distribution to creditors much more expeditiously than if the Proposed Settlement were not approved.

Objections, if any, to the approval of the Proposed Settlement must be filed on or before **July 22, 2014,** with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, with a copy to be served concurrently upon Trustee's counsel at the address set forth below.

A hearing will be held upon the Trustee's Motion and any objections thereto on **Thursday, July 24, 2014 at 10:00 a.m.** before the Honorable Pamela S. Hollis, Courtroom 644, 219 South Dearborn Street, Chicago, Illinois  60604, at which time you may, but need not, appear and be heard.  If no objections are filed or if no party requests a formal hearing on the Motion, the Motion may be granted without further hearing thereon.

Dated:  July 2, 2014            Gregg Szilagyi, Trustee of the
                                Estate of Mary & Larry M. Dorsey, Debtors

Baldi Berg, Ltd.
20 N. Clark St.  Suite 200
Chicago  IL  60602
(312) 726-8150