# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
　　　　　　　　　　　　　　　　　　§
LARRY M. DORSEY　　　　　　　　§　　Case No. 12-04928
MARY M. DORSEY　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　Debtor(s)　　　　　　　§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/12/2012 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of　　　　　　$　　　40,000.00

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 16,662.13 |
| Bank service fees | 215.49 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　$ | 23,122.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/31/2014 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,750.00 , for a total compensation of $ 4,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/16/2015                By:/s/GREGG SZILAGYI
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-04928 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | GREGG SZILAGYI |
| Case Name: | LARRY M. DORSEY | | | | Date Filed (f) or Converted (c): | 02/12/2012 (f) |
| | MARY M. DORSEY | | | | 341(a) Meeting Date: | 04/09/2012 |
| For Period Ending: | 07/16/2015 | | | | Claims Bar Date: | 07/31/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. EMPLOYMENT CLAIM - QUIRK INC. (u) | Unknown | 0.00 | | 40,000.00 | FA |
| 2. REAL ESTATE - 6834 W 115TH STREET WORTH IL | 163,000.00 | 1,494.00 | | 0.00 | FA |
| 3. BANK ACCOUNT - PRIVATE BANK WORTH IL | 700.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT- CHASE BANK CHICAGO IL | 500.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 700.00 | 700.00 | | 0.00 | FA |
| 6. INTEREST IN IRA, ERISA KEOGH OR OTHER PENSION MET LIFE | 35,000.00 | 0.00 | | 0.00 | FA |
| 7. STOCK - ULTRA AND PHILLIP MORRI | 3,174.00 | 3,174.00 | | 0.00 | FA |
| 8. AUTOMOBILE OR OTHER VEHICLE 2001 FORD F150 | 5,239.00 | 0.00 | | 0.00 | FA |
| 9. ANIMALS - 2 DOGS | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $208,413.00         $5,368.00         $40,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/2015      Current Projected Date of Final Report (TFR): 06/01/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-04928 | Trustee Name: | GREGG SZILAGYI | |
| Case Name: | LARRY M. DORSEY | Bank Name: | Associated Bank | |
| | MARY M. DORSEY | Account Number/CD#: | XXXXXX2807 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9859 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 07/16/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/14 | | QUIRK, INC. | SETTLEMENT OF EMPLOYMENT CASE | | $23,769.87 | | $23,769.87 |
| | | | Gross Receipts $40,000.00 | | | | |
| | | ED FOX & ASSOCIATES | ATTORNEYS FEES ($16,230.13) | 3210-000 | | | |
| | 1 | | EMPLOYMENT CLAIM - QUIRK INC. $40,000.00 | 1249-000 | | | |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $23,759.87 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.18 | $23,725.69 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.27 | $23,690.42 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.22 | $23,655.20 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.76 | $23,623.44 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.12 | $23,588.32 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.94 | $23,554.38 |
| 05/26/15 | 101 | ILLINOIS DEPARTMENT OF REVENUE | 2014 IL-1040 | 2810-000 | | $432.00 | $23,122.38 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,769.87 | $647.49 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $23,769.87 | $647.49 |
| Page Subtotals: | $23,769.87 | $647.49 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,769.87 | $647.49 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2807 - Checking | $23,769.87 | $647.49 | $23,122.38 |
|  | $23,769.87 | $647.49 | $23,122.38 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $16,230.13 |
|---|---|
| Total Net Deposits: | $23,769.87 |
| Total Gross Receipts: | $40,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-04928-PSH  
Debtor Name: LARRY M. DORSEY  
Claims Bar Date: 7/31/2014  
Date: July 16, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605<br>, | Administrative | | $0.00 | $4,750.00 | $4,750.00 |
| 100 3210 | BALDI BERG & WALLACE<br>20 NORTH CLARK STREET<br>CHICAGO, IL  60602 | Administrative | | $0.00 | $7,500.00 | $7,500.00 |
| 100 3410 | POPOWCZER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, ILLINOIS  60601 | Administrative | | $0.00 | $975.00 | $975.00 |
| 1 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany Oh 43054-3025 | Unsecured | | $0.00 | $5,090.91 | $5,090.91 |
| 2 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $1,677.93 | $1,677.93 |
| 3 300 7100 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $471.78 | $471.78 |
| 4 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Capital One, National<br>Association (Hsbc Bank Nevada, N.A)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $12,171.06 | $12,171.06 |
| | Case Totals | | | $0.00 | $32,636.68 | $32,636.68 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-04928
Case Name: LARRY M. DORSEY
              MARY M. DORSEY
Trustee Name: GREGG SZILAGYI

      Balance on hand                        $      23,122.38

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GREGG SZILAGYI | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Accountant for Trustee Fees: POPOWCZER KATTEN LTD. | $ 975.00 | $ 0.00 | $ 975.00 |

    Total to be paid for chapter 7 administrative expenses    $    13,225.00

    Remaining Balance    $    9,897.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,411.68  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 5,090.91 | $ 0.00 | $ 2,595.69 |
| 2 | N. A. Capital One Bank (Usa) | $ 1,677.93 | $ 0.00 | $ 855.52 |
| 3 | American Express Centurion Bank | $ 471.78 | $ 0.00 | $ 240.55 |
| 4 | Portfolio Recovery Associates, Llc | $ 12,171.06 | $ 0.00 | $ 6,205.62 |

Total to be paid to timely general unsecured creditors        $         9,897.38

Remaining Balance                                             $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE