# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
  §
LARRY M. DORSEY § Case No. 12-04928
MARY M. DORSEY §
  §
  §
       Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
               219 S. Dearborn Street
               Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/18/2015 in Courtroom 644,
               U.S. Bankrptcy Court
               219 S. Dearborn Street
               Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/17/2015           By: /s/ Gregg Szilagyi
                                              Trustee


*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LARRY M. DORSEY § Case No. 12-04928
MARY M. DORSEY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,000.00 |
| and approved disbursements of | $ | 16,877.62 |
| leaving a balance on hand of[1] | $ | 23,122.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GREGG SZILAGYI | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Accountant for Trustee Fees: POPOWCZER KATTEN LTD. | $ 975.00 | $ 0.00 | $ 975.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 13,225.00 |
| Remaining Balance | $ 9,897.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,411.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 5,090.91 | $ 0.00 | $ 2,595.69 |
| 2 | N. A. Capital One Bank (Usa) | $ 1,677.93 | $ 0.00 | $ 855.52 |
| 3 | American Express Centurion Bank | $ 471.78 | $ 0.00 | $ 240.55 |
| 4 | Portfolio Recovery Associates, Llc | $ 12,171.06 | $ 0.00 | $ 6,205.62 |
| | Total to be paid to timely general unsecured creditors | | $ | 9,897.38 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
Trustee

GREGG SZILAGYI
542 SOUTH DEARBORN STREET
SUITE 1400
CHICAGO, IL  60605

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Larry M. Dorsey
Mary M. Dorsey
    Debtors

Case No. 12-04928-PSH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cmendoza1     Page 1 of 2     Date Rcvd: Jul 20, 2015
                     Form ID: pdf006     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2015.

```
db/jdb         +Larry M. Dorsey,    Mary M. Dorsey,    6834 W. 115th Street,    Worth, IL 60482-2338
aty            +Baldi Berg, Ltd.,    20 N. Clark Street,    Suite 200,    Chicago,, IL 60602-4120
18472595       +AT&T Universalo Card,    Processing Center,    Des Moines, IA 50363-0001
18472594       +American Express,    PO Box 0001,    Dodgertown, CA 90090-0001
18770976        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
18472596       +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
18472597       +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
18472598       +Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
21966966        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18472599       +Carson Pirie Scott & Co.,    PO Box 17264,    Baltimore, MD 21297-1264
18472601        Christ Medical Center,    %Medical Recovery Specialists, Inc.,    2250 E. DevonAve. Ste.352,
                 Des Plaines, IL 60018-4519
18472602       +Direct Merchant Bank,    PO Box 17313,    Baltimore, MD 21297-1313
18472606       +Kohls,    PO Box 17264,    Baltimore, MD 21297-1264
18472607       +Midwest Orthopaedic Consultants,    75 Remittance Dr., Dept 6581,    Chicago, IL 60675-6581
22224875       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,
                   Successor to CAPITAL ONE, NATIONAL,    ASSOCIATION (HSBC BANK NEVADA, N.A),    POB 41067,
                   Norfolk VA 23541)
18472608       +Palos Anesthesia Assoc.,    Dept 4622,    Carol Stream, IL 60122-0001
18472609       +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
18472610       +SCR Laboratory Physicians,    PO Box 5959,    Carol Stream, IL 60197-5959
18472611       +Wells Fargo,    po bOX 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18472593       +E-mail/Text: GINA.ALLEN@AURORA.ORG Jul 21 2015 03:50:05     ACL Laboratories,
                 8901 W. Lincoln Ave.,    Milwaukee, WI 53227-2409
18472603       +E-mail/PDF: mrdiscen@discover.com Jul 21 2015 04:00:49     Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
21886248        E-mail/PDF: mrdiscen@discover.com Jul 21 2015 04:00:49     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18472605       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2015 03:40:19     JC Pennys,    PO Box 960090,
                 Orlando, FL 32896-0090
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****

```
aty             Ed Fox & Associates,    Ed Fox & Associates
aty             Jonathan R Ksiazek
18472600        Chase,    PO Box 15153,    DE 19986
22134194*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18472604*      +Discover,    PO Box 6103,    Carol Stream, IL 60197-6103
                                                                                              TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2015                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2015 at the address(es) listed below:

```
              Gregg Szilagyi    gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              James L Ebersohl    on behalf of Debtor Larry M. Dorsey jimdice@aol.com
              James L Ebersohl    on behalf of Joint Debtor Mary M. Dorsey jimdice@aol.com
              Joseph A Baldi    on behalf of Trustee Gregg  Szilagyi jabaldi@baldiberg.com,
               jmanola@baldiberg.com
```

```
District/off: 0752-1          User: cmendoza1            Page 2 of 2                   Date Rcvd: Jul 20, 2015
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Joseph A Baldi, Tr    on behalf of Trustee Gregg  Szilagyi jabaldi@baldiberg.com,
         jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                    TOTAL: 6

Case 12-04928    Doc 42    Filed 07/20/15    Entered 07/22/15 23:42:32    Desc Imaged
Certificate of Notice    Page 6 of 6