# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LARRY M. DORSEY | § | Case No. 12-04928 |
| MARY M. DORSEY | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 136,874.00                              Assets Exempt: 71,539.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  9,897.38         Claims Discharged
                                                    Without Payment:  263,419.30


Total Expenses of Administration:  30,102.62

---

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 131,506.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,102.62 | 30,102.62 | 30,102.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 122,399.00 | 19,411.68 | 19,411.68 | 9,897.38 |
| **TOTAL DISBURSEMENTS** | $ 253,905.00 | $ 49,514.30 | $ 49,514.30 | $ 40,000.00 |

4) This case was originally filed under chapter 7 on 02/12/2012 . The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/22/2015           By:/s/GREGG SZILAGYI
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EMPLOYMENT CLAIM - QUIRK INC. | 1249-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo po bOX 14411 Des Moines, IA 50306 | | 131,506.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 131,506.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 4,750.00 | 4,750.00 | 4,750.00 |
| Associated Bank | 2600-000 | NA | 215.49 | 215.49 | 215.49 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | NA | 432.00 | 432.00 | 432.00 |
| BALDI BERG & WALLACE | 3210-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| ED FOX & ASSOCIATES | 3210-000 | NA | 16,230.13 | 16,230.13 | 16,230.13 |
| POPOWCZER KATTEN LTD. | 3410-000 | NA | 975.00 | 975.00 | 975.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,102.62 | $ 30,102.62 | $ 30,102.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL Laboratories 8901 W. Lincoln Ave. Milwaukee, WI 53227 | | 80.00 | NA | NA | 0.00 |
| | American Express PO Box 0001 Dodgertown, CA 90090 | | 501.00 | NA | NA | 0.00 |
| | AT&T Universalo Card Processing Center Des Moines, IA 50363 | | 13,711.00 | NA | NA | 0.00 |
| | Bank of America PO Box 851001 Dallas, TX 75285 | | 14,529.00 | NA | NA | 0.00 |
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197 | | 1,658.00 | NA | NA | 0.00 |
| | Capital One PO Box 6492 Carol Stream, IL 60197 | | 4,299.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carson Pirie Scott & Co. PO Box 17264 Baltimore, MD 21297 | | 1,507.00 | NA | NA | 0.00 |
| | Chase PO Box 15153 DE 19986 | | 8,623.00 | NA | NA | 0.00 |
| | Christ Medical Center %Medical Recovery Specialists, Inc. 2250 E. DevonAve. Ste.352 Des Plaines, IL 60018-4519 | | 1,623.00 | NA | NA | 0.00 |
| | Direct Merchant Bank PO Box 17313 Baltimore, MD 21297 | | 0.00 | NA | NA | 0.00 |
| | Discover PO Box 6103 Carol Stream, IL 60197 | | 4,958.00 | NA | NA | 0.00 |
| | Discover PO Box 6103 Carol Stream, IL 60197 | | 5,155.00 | NA | NA | 0.00 |
| | JC Pennys PO Box 960090 Orlando, FL 32896 | | 2,124.00 | NA | NA | 0.00 |
| | Kohls PO Box 17264 Baltimore, MD 21297 | | 2,453.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Orthopaedic Consultants 75 Remittance Dr., Dept 6581 Chicago, IL 60675 | | 1,845.00 | NA | NA | 0.00 |
| | Palos Anesthesia Assoc. Dept 4622 Carol Stream, IL 60122 | | 2,970.00 | NA | NA | 0.00 |
| | Palos Community Hospital 12251 S. 80th Ave Palos Heights, IL 60463 | | 56,073.00 | NA | NA | 0.00 |
| | SCR Laboratory Physicians PO Box 5959 Carol Stream, IL 60197 | | 290.00 | NA | NA | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | NA | 471.78 | 471.78 | 240.55 |
| 1 | Discover Bank | 7100-000 | NA | 5,090.91 | 5,090.91 | 2,595.69 |
| 2 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 1,677.93 | 1,677.93 | 855.52 |
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 12,171.06 | 12,171.06 | 6,205.62 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 122,399.00 | $ 19,411.68 | $ 19,411.68 | $ 9,897.38 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-04928 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|---|
| Case Name: | LARRY M. DORSEY | | | | | Date Filed (f) or Converted (c): | 02/12/2012 (f) |
| | MARY M. DORSEY | | | | | 341(a) Meeting Date: | 04/09/2012 |
| For Period Ending: | 10/22/2015 | | | | | Claims Bar Date: | 07/31/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. EMPLOYMENT CLAIM - QUIRK INC. (u) | Unknown | 0.00 | | 40,000.00 | FA |
| 2. REAL ESTATE - 6834 W 115TH STREET WORTH IL | 163,000.00 | 1,494.00 | | 0.00 | FA |
| 3. BANK ACCOUNT - PRIVATE BANK WORTH IL | 700.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT- CHASE BANK CHICAGO IL | 500.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 700.00 | 700.00 | | 0.00 | FA |
| 6. INTEREST IN IRA, ERISA KEOGH OR OTHER PENSION MET LIFE | 35,000.00 | 0.00 | | 0.00 | FA |
| 7. STOCK - ULTRA AND PHILLIP MORRI | 3,174.00 | 3,174.00 | | 0.00 | FA |
| 8. AUTOMOBILE OR OTHER VEHICLE 2001 FORD F150 | 5,239.00 | 0.00 | | 0.00 | FA |
| 9. ANIMALS - 2 DOGS | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $208,413.00   $5,368.00   $40,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/2015   Current Projected Date of Final Report (TFR): 06/01/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-04928 | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- |
| Case Name: | LARRY M. DORSEY | Bank Name: | Associated Bank |
| | MARY M. DORSEY | Account Number/CD#: | XXXXXX2807 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9859 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/22/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/14 | | QUIRK, INC. | SETTLEMENT OF EMPLOYMENT CASE | | $23,769.87 | | $23,769.87 |
| | | | Gross Receipts $40,000.00 | | | | |
| | | ED FOX & ASSOCIATES | ATTORNEYS FEES ($16,230.13) | 3210-000 | | | |
| | 1 | | EMPLOYMENT CLAIM - QUIRK INC. $40,000.00 | 1249-000 | | | |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $23,759.87 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.18 | $23,725.69 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.27 | $23,690.42 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.22 | $23,655.20 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.76 | $23,623.44 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.12 | $23,588.32 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.94 | $23,554.38 |
| 05/26/15 | 101 | ILLINOIS DEPARTMENT OF REVENUE | 2014 IL-1040 | 2810-000 | | $432.00 | $23,122.38 |
| 08/18/15 | 102 | GREGG SZILAGYI 542 South Dearborn Street Suite 1400 Chicago, Illinois 60605 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,750.00 | $18,372.38 |
| | | | Page Subtotals: | | $23,769.87 | $5,397.49 | |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-04928 | Trustee Name: | GREGG SZILAGYI | |
| Case Name: | LARRY M. DORSEY | Bank Name: | Associated Bank | |
| | MARY M. DORSEY | Account Number/CD#: | XXXXXX2807 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9859 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/22/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/15 | 103 | BALDI BERG & WALLACE<br>20 NORTH CLARK STREET<br>CHICAGO, IL  60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $7,500.00 | $10,872.38 |
| 08/18/15 | 104 | POPOWCZER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, ILLINOIS  60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $975.00 | $9,897.38 |
| 08/18/15 | 105 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany Oh 43054-3025 | Final distribution to claim 1 representing a payment of 50.99 % per court order. | 7100-000 | | $2,595.69 | $7,301.69 |
| 08/18/15 | 106 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 50.99 % per court order. | 7100-000 | | $855.52 | $6,446.17 |
| 08/18/15 | 107 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 3 representing a payment of 50.99 % per court order. | 7100-000 | | $240.55 | $6,205.62 |
| 08/18/15 | 108 | Portfolio Recovery Associates, Llc Successor To Capital One, National Association (Hsbc Bank Nevada, N.A)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 4 representing a payment of 50.99 % per court order. | 7100-000 | | $6,205.62 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,769.87 | $23,769.87 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $23,769.87 | $23,769.87 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,769.87 | $23,769.87 |

Page Subtotals: $0.00    $18,372.38

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2807 - Checking | $23,769.87 | $23,769.87 | $0.00 |
|  | $23,769.87 | $23,769.87 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $16,230.13 |
| Total Net Deposits: | $23,769.87 |
| Total Gross Receipts: | $40,000.00 |

Page Subtotals:　　　　　　　　　　　　$0.00　　　　$0.00